DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEBASTIAN GARCIA-LUCAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0465

[May 21, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 062017CF001628A88810.

Sebastian Garcia-Lucas, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***